# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-960-123

**Effective Date of Registration:**
October 27, 2015

## Title

**Title of Work:** Rise of the Krays

**Nature of Claim:** Motion Picture

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 31, 2015
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Torn Pictures Production Limited
**Author Created:** Entire Motion Picture
**Work made for hire:** Yes
**Domiciled in:** United Kingdom
**Anonymous:** No
**Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Torn Pictures Production Limited
19 Fitzroy Square, London, WIT 6EQ

## Certification

**Name:** Michael A. Hierl
**Date:** October 26, 2015

**Correspondence:** Yes

Page 1 of 1

# EXHIBIT B

| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 50.178.68.130 | 2015-09-06 19:11:06 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Chicago | Cook |
| 2 | 50.129.93.92 | 2015-09-06 21:22:20 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Chicago | Cook |
| 3 | 67.162.61.39 | 2015-09-06 02:09:33 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Hoffman Estates | Cook |
| 4 | 98.213.56.166 | 2015-09-06 21:50:29 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Sterling | Whiteside |
| 5 | 50.172.159.26 | 2015-09-06 19:32:58 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Belvidere | Boone |
| 6 | 73.45.197.245 | 2015-09-06 23:56:34 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Oswego | Kendall |
| 7 | 67.175.5.60 | 2015-09-06 23:54:05 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Chicago | Cook |
| 8 | 73.45.165.88 | 2015-09-06 23:31:26 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Chicago | Cook |
| 9 | 50.165.182.78 | 2015-09-06 23:12:53 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Chicago | Cook |
| 10 | 98.220.199.241 | 2015-09-06 22:49:57 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Oswego | Kendall |
| 11 | 71.194.149.15 | 2015-09-06 22:39:39 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Palos Hills | Cook |
| 12 | 67.173.136.28 | 2015-09-06 22:06:25 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Chicago | Cook |
| 13 | 24.1.170.28 | 2015-09-06 21:40:43 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Chicago | Cook |
| 14 | 73.50.95.78 | 2015-09-06 19:33:23 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Chicago | Cook |
| 15 | 50.141.190.29 | 2015-09-06 17:27:24 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Libertyville | Lake |
| 16 | 98.220.197.106 | 2015-09-06 13:51:34 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Somonauk | DeKalb |
| 17 | 50.179.116.10 | 2015-09-06 07:19:01 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Chicago | Cook |
| 18 | 73.22.129.37 | 2015-09-06 05:37:02 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Des Plaines | Cook |
| 19 | 71.201.130.197 | 2015-09-06 03:22:03 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Brookfield | Cook |
| 20 | 67.184.217.172 | 2015-09-06 01:19:49 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Chicago | Cook |
| 21 | 24.14.13.163 | 2015-09-06 00:44:11 | The Rise of the Krays (2015) [1080p] | SHA1: C4829D88E678F18A3B7687C9FAB8B0F3BAB46B83 | Comcast Cable | Illinois | Grayslake | Lake |