**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Torn Pictures Production Limited
                                               Plaintiff,

v.                                                                      Case No.: 1:15−cv−11384
                                                                     Honorable Milton I. Shadur

Does 1−21
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 25, 2016:

         MINUTE entry before the Honorable Milton I. Shadur:Motion hearing held. Plaintiff's motion for leave to take discovery prior to Rule 26(f) conference is granted as to Does 2, 4, and 6 through 13. Status hearing set for 3/14/2016 is reset to 4/25/2016 at 09:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.